United States District Court
Southern District of Texas
**ENTERED**
July 18, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **MARIA DE LOS ANGELES TREJO GRANDE,** § § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 4:19-CV-01806 |
| § § | |
| **LEE F. CISSNA,** *et al.*, § § § | |
| Defendants. § | |

# ORDER

Plaintiff Maria De Los Angeles Trejo Grande has filed a Notice of Voluntary Dismissal Without Prejudice. ECF No. 36. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this 15th day of July, 2022.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE